# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. LAVITA SPALDING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-858-F |
| | ) | |
| 1. DNC TRAVEL HOSPITALITY SVCS, d/b/a DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC. | ) ) ) ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, LaVita Spalding, hereby stipulates with the Defendant, DNC Travel Hospitality SVCS, d/b/a Delaware North Companies Travel Hospitality Services, Inc., that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 16th DAY OF JUNE, 2017.**

                                                                                        s/Lauren W. Johnston
                                                                                        Jana B. Leonard, OBA # 17844
                                                                                        Lauren W. Johnston, OBA # 22341
                                                                                        LEONARD & ASSOCIATES, P.L.L.C.
                                                                                        8265 S. Walker
                                                                                        Oklahoma City, OK 73139
                                                                                        Telephone:   405-239-3800
                                                                                        Facsimile:   405-239-3801
                                                                                        leonardjb@leonardlaw.net
                                                                                       johnstonlw@leonardlaw.net
                                                                                       *Counsel for Plaintiff*

s/Allyson L. Johnson
(Signed with permission)
Linda C. Schoonmaker, TX Bar #17806300
Allyson L. Johnson, TX Bar #24054005
SEYFARTH SHAW, LLP
700 Milam Street, Suite 1400
Houston, TX 77002
Tel: 713-225-2300   Fax: 713-225-2340
lschoonmaker@seyfarth.com
ajohnson@seyfarth.com

- and -

George R. Mullican, OBA #16701
GIBBS, ARMSTRONG, BOROCHOFF,
  MULLICAN & HART, PC
601 South Boulder Ave., Suite 500
Tulsa, OK 74119
Tel: 918-587-3939   Fax: 918-582-5504
gmullican@gabmh.com
*Counsel for Defendant*
